IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMELIO R. PAVON, | ) | 4:07CV3020 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MADISON COUNTY SHERIFF, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed an "amended complaint" in which he states that he intends to sue "TERY HOWELL, who is Employed by the madison county sheriff as captain of the madison county jail," in his official and individual capacities. (Filing 13.) Treated as a motion for leave to file an amended complaint, this filing will be denied for the reason that no facts are alleged to state a claim against the proposed new defendant. Accordingly,

IT IS ORDERED that Plaintiff's motion for leave to file an amended complaint (filing 13) is denied.

April 9, 2007.                           BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge